FILED

08/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0319

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0319

JANICE M. DODDS,

     Plaintiff and Appellant,

     v.

GREGORY S. TIERNEY, M.D.,
BENEFIS HEALTH
SYSTEM, and JOHN and JANE DOES I-
IV,

     Defendants and Appellee.

**THIRD** ORDER
OF MEDIATOR APPOINTMENT

     J. BRIAN BULGER , the mediator previously appointed in this matter, is deceased. Accordingly, Mr.Bulger's's order of mediator appointment is hereby rescinded and

     IT IS ORDERED THAT**, Curtis G. Thompson,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this 3rd day of August, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:    John E Seidlitz Jr.
Julie A. Lichte
Gary Darling Kalkstein
Curtis J. Thompson
Randall C. Lester